**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ANGEL DAVID UTRILLA RIVERA,

Petitioner,

v.

Case No. 1:26-cv-00055-MIS-JFR

MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; TODD M. LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; and the Warden of Torrance County Detention Facility in his or her official capacity,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Angel David Utrilla Rivera and against Respondents Mary De Anda-Ybarra, Todd M. Lyons, Kristi Noem, Pamela Bondi, Todd M. Lyons, and the Warden o Torrance County Detention Facility.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE